211

Section 58.2, Code of Federal Regulations, title 19, chap. 1 (79 Treas. Dec. 122, T. D. 50983) provides in part:

58.2 *Entry requirements.* (a) There shall be filed in connection with the entry an affidavit of the importer that the merchandise, which shall be described by name, is imported to be used as, or as a constituent part of, feed for livestock or poultry.

There is no evidence that such an affidavit of intended use was filed in connection with entry No. CE 0107. In *M. A. Hoenecke* v. *United States,* 17 Cust. Ct. 4, C. D. 1010, we held that merchandise was not entitled to the exemption provided for in Public Law 211 where the importer failed to file a preliminary affidavit showing intended use. Strict compliance with the regulations is a condition precedent to the right of exemption and although the proof-of-use affidavit provided for in section 58.3 was filed herein, that is not compliance with the requirements of section 58.2, covering the filing of a preliminary affidavit showing intended use.

We hold, therefore, that the merchandise covered by entry No. CE 0106 is free of duty under Public Law 211 (57 Stat. 607) and the protest will be sustained as to that entry. As to entry No. CE 0107, the protest is overruled. Judgment will be rendered accordingly.

**No. 51762.**—Protests 2481–K, etc., of Kwong Yuen Shing et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51763.**—Protests 86877–K, etc., of Kwong Yuen Shing et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51764.**—Protests 799860–G, etc., of Kwong Yuen Shing et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51765.**—Protest 49026–K of J. Ossolà Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon